THOMAS J. BARTLEY, Appellant, *v.* JAMES R. PITCHER, Respondent.

Supreme Court, Appellate Term, First Department, March 15, 1928.

Courts — Municipal Court of New York — guardians — fact that guardian had not been appointed did not warrant dismissal of complaint — Municipal Court Code, § 26, subds. 2 and 3, applied.

The fact that no guardian had been appointed pursuant to subdivision 2 of section 26 of the Municipal Court Code did not warrant the dismissal of the complaint herein where application for the appointment was made by the plaintiff on the trial; subdivision 3 of section 26 specifically states that the court or justice thereof shall at any time before judgment make the appointment.

APPEAL by plaintiff from a judgment of the Municipal Court, Borough of Manhattan, Seventh District, entered on decision of justice in favor of defendant.

*Mark Charles Platt,* for the appellant.

*James R. Pitcher,* respondent in person.

PER CURIAM. As it is provided by subdivision 3 of section 26 of the Municipal Court Code that where no guardian is appointed for an infant defendant in accordance with the provisions of subdivision 2 of that section, " the court, or a justice thereof, shall, at any time before judgment, make such appointment," it was error, notwithstanding plaintiff's application on the trial for the appointment of a guardian, to grant judgment for defendant dismissing the complaint because no guardian had been appointed.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, LYDON, LEVY and CRAIN, JJ.